# INDICTMENT SYNOPSIS

| | |
|---|---|
| **Name:** | **Merideth C. Norris** |
| **Address:** (City & State Only) | **Kennebunk, Maine** |
| **Year of Birth and Age:** | **1970, (age 52)** |
| **Violations:** | **COUNTS ONE - TEN: Unlawful Distribution of a Controlled Substance (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)).** |
| **Penalties:** | **COUNTS ONE, TWO, THREE, FOUR, FIVE, SIX, SEVEN, NINE, and TEN: up to 20 years, $1,000,000 fine.** <br>**(21 U.S.C. § 841(b)(1)(C)** <br><br> **COUNTS THREE and EIGHT: up to 5 years, $250,000 fine. (21 U.S.C. §841(b)(2)** |
| **Supervised Release:** | **COUNTS ONE, TWO, THREE, FOUR, FIVE, SIX, SEVEN, NINE, and TEN: 3 years – life. (21 U.S.C. § 841(b)(1)(C)).** <br><br> **COUNTS THREE and EIGHT: at least, one year. (21 U.S.C. § 841(b)(2)** |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **COUNTS ONE - TEN: 2 years (18 U.S.C. § 3583(e)(3)).** |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **COUNTS ONE - TEN: Life, less any term of imprisonment imposed (18 U.S.C. § 3583(h))** |
| **Defendant's Attorney:** | |
| **Primary Investigative Agency and Case Agent Name:** | FBI, SA Dale Wengler <br> HHS-OIG, SA Brian Pellerin <br> DEA, Diversion Investigator Emma Hinnigan |
| **Detention Status:** | N/A |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |

| | |
|---|---|
| **County:** | **York County** |
| **AUSA:** | **Kilby Macfadden, Fraud Section**<br>**Patrick Queenan, Fraud Section**<br>**Nicholas Scott, USAO-ME** |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | No |
| **Assessments:** | $100 per count. |