UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 JUN 21 P 4: 10

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 2:22-cr-00132-NT |
| ) | |
| MERIDETH C. NORRIS, D.O., ) | |

## JURY VERDICT FORM

1. We, the Jury, find the Defendant, Merideth C. Norris, D.O.,
   __GUILTY__ of Count One of the Superseding Indictment.
   (Not Guilty/**Guilty**)

2. We, the Jury, find the Defendant, Merideth C. Norris, D.O.,
   __NOT GUILTY__ of Count Two of the Superseding Indictment.
   (**Not Guilty**/Guilty)

3. We, the Jury, find the Defendant, Merideth C. Norris, D.O.,
   __GUILTY__ of Count Three of the Superseding Indictment.
   (Not Guilty/**Guilty**)

4. We, the Jury, find the Defendant, Merideth C. Norris, D.O.,
   __GUILTY__ of Count Four of the Superseding Indictment.
   (Not Guilty/**Guilty**)

5. We, the Jury, find the Defendant, Merideth C. Norris, D.O.,
   __GUILTY__ of Count Five of the Superseding Indictment.
   (Not Guilty/**Guilty**)

1

6. We, the Jury, find the Defendant, Merideth C. Norris, D.O., __GUILTY__ of Count Six of the Superseding Indictment.
(Not Guilty/**Guilty**)

7. We, the Jury, find the Defendant, Merideth C. Norris, D.O., __GUILTY__ of Count Seven of the Superseding Indictment.
(Not Guilty/**Guilty**)

8. We, the Jury, find the Defendant, Merideth C. Norris, D.O., __GUILTY__ of Count Eight of the Superseding Indictment.
(Not Guilty/**Guilty**)

9. We, the Jury, find the Defendant, Merideth C. Norris, D.O., __GUILTY__ of Count Nine of the Superseding Indictment.
(Not Guilty/**Guilty**)

10. We, the Jury, find the Defendant, Merideth C. Norris, D.O., __GUILTY__ of Count Ten of the Superseding Indictment.
(Not Guilty/**Guilty**)

11. We, the Jury, find the Defendant, Merideth C. Norris, D.O., __GUILTY__ of Count Eleven of the Superseding Indictment.
(Not Guilty/**Guilty**)

12. We, the Jury, find the Defendant, Merideth C. Norris, D.O., __GUILTY__ of Count Twelve of the Superseding Indictment.
(Not Guilty/**Guilty**)

13. We, the Jury, find the Defendant, Merideth C. Norris, D.O.,
    __GUILTY__ of Count Thirteen of the Superseding Indictment.
    (Not Guilty/**Guilty**)

14. We, the Jury, find the Defendant, Merideth C. Norris, D.O.,
    __GUILTY__ of Count Fourteen of the Superseding Indictment.
    (Not Guilty/**Guilty**)

15. We, the Jury, find the Defendant, Merideth C. Norris, D.O.,
    __GUILTY__ of Count Fifteen of the Superseding Indictment.
    (Not Guilty/**Guilty**)

16. We, the Jury, find the Defendant, Merideth C. Norris, D.O.,
    __GUILTY__ of Count Sixteen of the Superseding Indictment.
    (Not Guilty/**Guilty**)

*Please sign and date the form.*

Dated: 6/21/2024

[Signature Redacted – Original on file with the Clerk's Office]

Jury Foreperson

3